SIMON STERNFELS, Respondent, *v.* EDWARD CLARK, Appellant.

(Argued June 14, 1877; decided June 22, 1877.)

*J. J. Perry*, for appellant.

*J. L. Overfield*, for respondent.

Agree to affirm, on opinion of court below.
All concur, except RAPALLO, J., absent.
Judgment affirmed.